## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brenda J. Gases  CHAPTER 13

<u>Debtor(s)</u>  BKY. NO. 19-17132 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 and index same on the master mailing list.

    Respectfully submitted,
**/s/ Kevin G. McDonald Esquire**
Rebecca A Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322