**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : CHAPTER 13

    BRENDA GASES                                     : CASE NO. 19-17132 JKF

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

    McCullough Eisenberg, LLC has filed a objection to the proof of claim you filed in this bankruptcy case.

1. <u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney.)

2. <u>If you do not want the Court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,</u> scheduled to be held on March 4, 2020 at 9:30 A.M. in Courtroom #3, United States Bankruptcy Court, Robert N.C. Nix Building, and 900 Market Street, Philadelphia, PA 19107-4299. If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

3. <u>If you intend to appear at the hearing,</u> to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: January 28, 2020

                                                  Carol B. McCullough, Esquire
                                                  Attorney I.D. 56424
                                                  McCullough Eisenberg, LLC.
                                                  65 West Street Road, Suite A-204
                                                  Warminster, Pa 18974
                                                  1-215-957-6411 phone
                                                  1-215-957-9410 facsimile
                                                  Mccullougheisenberg@gmail.com