**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **BRENDA J. GASES** | : |  |
| Debtor. | : | Case No.  19-17132-JKF |
| _____ |  |  |

**ORDER REQUIRING DEBTOR TO FILE A MOTION TO SEEK
<u>VOLUNTARILY DISMISS CHAPTER 13 CASE</u>**

AND NOW,   upon consideration of the Debtor's praecipe for a voluntary dismissal of his/her Chapter 13 bankruptcy case ("Praecipe");

**AND** a debtor's request for a voluntary dismissal of a Chapter 13 bankruptcy case being governed by 11 U.S.C. § 1307(b);

**AND** Federal Rules of Bankruptcy Procedure 1017(f)(2) and 9013 as well as Local Bankruptcy Rules 1017-2(a) and 9014-2 being applicable to requests made pursuant to § 1307(b);

**AND** the aforementioned procedural rules requiring a debtor seeking a dismissal under § 1307(b) to: (1) file a motion requesting such relief; and (2) serve the motion on the "trustee and the United States Trustee," <u>see</u> Local Bankruptcy Rule 1017-2(a);

**AND** the Praecipe not satisfying the procedural requirements for requesting a voluntary dismissal under § 1307(b);

It is hereby **ORDERED** and **DECREED** that the Praecipe is **DENIED**.  In the event Debtor seeks a voluntary dismissal pursuant to § 1307(b), he/she shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for requesting such relief.

dated: 3/3/20

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge