# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>**Brenda J. Gases**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 19-17132-jkf<br><br>HEARING DATE:  March 4, 2020<br>TIME:  9:30 AM<br>LOCATION:  COURTROOM #3 |

## ORDER FOR RELIEF

AND NOW, this _4th_ day of ___March_____, 2020, upon the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) and Co-Debtor stay provision of 11 U.S.C. § 1301 to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 4241 Willow Ave., Feasterville, PA 19053 (the "Mortgaged Premises") and to take any applicable state court actions.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
Jean K. FitzSimon, USBJ