# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

BRENDA GASES : CASE NO. 19-17132 JKF

## ORDER

AND NOW, this 5th day of March, 2020, upon consideration of the Debtor's Motion to Voluntarily Dismiss her Chapter 13 Bankruptcy, any response thereto and any hearing on the matter it is

HEREBY ORDERED AND DECREED Debtor's, Brenda Gases, Chapter 13 Bankruptcy is hereby dismissed.

BY THE COURT:

_____
JUDGE FitzSimon