```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-17132-jkf
Brenda J. Gases                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa               Page 1 of 1             Date Rcvd: Mar 03, 2020
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
db             Brenda J. Gases,    4241 Willow Avenue,    Feasterville, Trevose, PA  19053-4839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 04 2020 03:23:59
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Brenda J. Gases mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital
               One, N.A. jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               jrydzewski@HillWallack.com;skenny@hillwallack.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
| **BRENDA J. GASES** | : |  |
| Debtor. | : | Case No. 19-17132-JKF |

**ORDER REQUIRING DEBTOR TO FILE A MOTION TO SEEK**
**VOLUNTARILY DISMISS CHAPTER 13 CASE**

AND NOW, upon consideration of the Debtor's praecipe for a voluntary dismissal of his/her Chapter 13 bankruptcy case ("Praecipe");

**AND** a debtor's request for a voluntary dismissal of a Chapter 13 bankruptcy case being governed by 11 U.S.C. § 1307(b);

**AND** Federal Rules of Bankruptcy Procedure 1017(f)(2) and 9013 as well as Local Bankruptcy Rules 1017-2(a) and 9014-2 being applicable to requests made pursuant to § 1307(b);

**AND** the aforementioned procedural rules requiring a debtor seeking a dismissal under § 1307(b) to: (1) file a motion requesting such relief; and (2) serve the motion on the "trustee and the United States Trustee," see Local Bankruptcy Rule 1017-2(a);

**AND** the Praecipe not satisfying the procedural requirements for requesting a voluntary dismissal under § 1307(b);

It is hereby **ORDERED** and **DECREED** that the Praecipe is **DENIED.** In the event Debtor seeks a voluntary dismissal pursuant to § 1307(b), he/she shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for requesting such relief.

dated: 3/3/20

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

2