United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brenda J. Gases  
    Debtor

Case No. 19-17132-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 2     Date Rcvd: Mar 05, 2020  
Form ID: pdf900     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
```
db              Brenda J. Gases,    4241 Willow Avenue,    Feasterville, Trevose, PA  19053-4839
14455165        Fay Servicing, LLC,    P.O. Box 814609,    Dallas, TX 75381-4609
14435299       +McCullough Eisenberg, LLC.,    65 West Street Road,   Suite A-204,   Warminster Pa 18974-3229
14421569        PNC Bank,    P5-PCLC-A1-R,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
14443534       +Wilmington Trust, National Association,    c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14421570        Wilmington Trust, National Association,    c/o Fay Servicing,    440 S La Salle St Ste 2000,
                 Chicago, IL 60605-5011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2020 03:20:46      
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2020 03:20:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
14421568        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 06 2020 03:16:33
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
14427201       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 06 2020 03:16:33
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14442251       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 06 2020 03:16:33
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14429421       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2020 03:16:34      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr*            +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14427390*      +Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                     TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:
```
              CAROL B. MCCULLOUGH    on behalf of Debtor Brenda J. Gases mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital
               One, N.A. jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               jrydzewski@HillWallack.com;skenny@hillwallack.com
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Mar 05, 2020
                              Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

BRENDA GASES : CASE NO. 19-17132 JKF

## ORDER

AND NOW, this 5th day of March, 2020, upon consideration of the Debtor's Motion to Voluntarily Dismiss her Chapter 13 Bankruptcy, any response thereto and any hearing on the matter it is

HEREBY ORDERED AND DECREED Debtor's, Brenda Gases, Chapter 13 Bankruptcy is hereby dismissed.

BY THE COURT:

_____
JUDGE FitzSimon