IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

BRENDA J. GASES :

       DEBTOR(S) : BANKRUPTCY NO. 19-17132-JKF

## ORDER

AND NOW, upon the Application for Approval of Attorney Fees filed by Carol McCullough, Esquire, Counsel for the Debtors on December 5, 2019, and

IT APPEARING that this case was voluntarily dismissed on March 5, 2020 without a retention of jurisdiction to consider subsequent fee applications, it is hereby

ORDERED that the Application is denied.

BY THE COURT:

Dated: May 7, 2020

JEAN K. FITZSIMON
U. S. BANKRUPTCY JUDGE