United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brenda J. Gases  
    Debtor

Case No. 19-17132-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: DonnaR<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: May 07, 2020 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.
db          #Brenda J. Gases,    4241 Willow Avenue,    Feasterville, Trevose, PA  19053-4839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:
        CAROL B. MCCULLOUGH   on behalf of Debtor Brenda J. Gases mcculougheisenberg@gmail.com,
         cbmccullough64@gmail.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   Wilmington Trust, National Association, not in
         its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
        JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance, a division of Capital
         One, N.A. jschwartz@mesterschwartz.com
        KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
        MICHAEL J. SHAVEL   on behalf of Creditor   Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
         skenny@hillwallack.com;lharkins@hillwallack.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

BRENDA J. GASES :

    DEBTOR(S) : BANKRUPTCY NO. 19-17132-JKF

## ORDER

AND NOW, upon the Application for Approval of Attorney Fees filed by Carol McCullough, Esquire, Counsel for the Debtors on December 5, 2019, and

IT APPEARING that this case was voluntarily dismissed on March 5, 2020 without a retention of jurisdiction to consider subsequent fee applications, it is hereby

ORDERED that the Application is denied.

BY THE COURT:

Dated: May 7, 2020

JEAN K. FITZSIMON
U. S. BANKRUPTCY JUDGE